IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:03cr258 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARIO LOREN ALDRICH, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Mario Loren Aldrich, appeared before the court on September 9, 2010 for an initial appearance on a Petition for Offender Under Supervision [59]. The defendant was represented by appointed counsel Richard P. McGowan, and the United States was represented by Assistant U.S. Attorney Michael Norris. The defendant enters denials on the petition. The oral motion to continue is granted.

IT IS ORDERED:

1. The Richard P. McGowan is appointed to represent this defendant in this matter.

2. Disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 2:00 p.m., on Wednesday, September 15, 2010.** Defendant must be present in person.

3. Defendant is remanded to the custody of the United States Marshal.

Dated this 9th day of September, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge